```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ROBERT WRIGHT et al.,              :

                Plaintiffs,        :      ORDER

        - against -                :      01 Civ. 4437 (DC)

HENRY J. STERN et al.,             :

                Defendants.        :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

By letter dated July 6, 2009, Jasmine Burnett advises the Court that the Wright v. Stern Claims Administrator has not properly handled her claim to a portion of the settlement funds in this case. Apparently, Ms. Burnett's claim has been denied, and she is, in essence, appealing the denial. First, Ms. Burnett is directed to submit to the Court, by August 14, 2009, with copies to the Claims Administrator, copies of all of her relevant paperwork and any correspondence she received from the Claims Administrator, as well as an affidavit attesting to when she submitted her claim and by what method (e.g., first-class mail, Federal Express, etc.). Second, the Wright v. Stern Claims Administrator is hereby ordered to respond (in writing) by August 28, 2009.

SO ORDERED.

Dated: New York, New York
       July 28, 2009

DENNY CHIN
United States District Judge